TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00519-CR

Jake Wallace, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY

NO. 463,568, HONORABLE CHARLES F. (CHUCK) CAMPBELL, JUDGE PRESIDING

PER CURIAM

Counsel for appellant and the State have informed the Court that appellant is dead. 
The appeal is permanently abated. Tex. R. App. P. 7.1(a)(2).

Before Justices Jones, B. A. Smith and Yeakel

Permanently Abated

Filed: December 17, 1998

Do Not Publish